FILED
CLERK, U.S. DISTRICT COURT
JUL 20 2026
CENTRAL DISTRICT OF CALIFORNIA
BY JD DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

Brian Moran

Defendant.

Case No.: 8:24-CR-00114-DOC

ORDER OF DETENTION AFTER HEARING
[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)]

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the C.D. Cal. ______, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ______________________________

______________________________________________

______________________________________________

and/or

B. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on recent positive drug tests; July 7, 2026 arrest for state crimes (robbery, criminal threats); prior revocation of release

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: 7/20/26

Karen E. Scott

KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE